IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
No. 1:18-cv-33-FDW-DSC

| | |
|---|---|
| FRANCISCO CAVADAS, ) | |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| ANDREW SAUL, ) | |
| Commissioner of Social Security, ) | |
| Defendant. ) | |

**THIS ACTION** being submitted to the Court for an order upon Plaintiff's showing that the Commissioner of Social Security should pay the sum of $19,000.00 for attorney fees, representing less than twenty-five per cent of Plaintiff's accrued back benefits, to be paid from Plaintiff's back benefits pursuant to § 406(b) of the Social Security Act. It also appearing that upon receipt of the 406(b) fee, Plaintiff's counsel shall pay to Plaintiff the lesser EAJA fee of $4,300.00.

It is therefore ORDERED that the Commissioner of Social Security pay to Plaintiff's counsel, Charlotte W. Hall, the sum of $19,000.00, sent to her office at P.O. Box 58129, Raleigh, North Carolina 27658, and that Plaintiff's counsel pay to Plaintiff the sum of $4,300.00 and upon the payment of such sums, this case is dismissed with prejudice.

**SO ORDERED**.

Signed: July 21, 2020

David S. Cayer
United States Magistrate Judge